CHICAGO—FIRST DISTRICT—MARCH, 1917.     245

Dierssen v. National Ben Franklin Fire Ins. Co., 204 Ill. App. 245.

George E. Dierssen et al., Appellees, v. National Ben Franklin Fire Insurance Company, Appellant.

Gen. No. 21,932.     (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed March 8, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by George E. Dierssen *et al.*, plaintiffs, against National Ben Franklin Fire Insurance Company, defendant, to recover on an insurance policy for a loss thereunder. From a judgment for plaintiffs for $1,596.57, defendant appeals.

Judgment affirmed on stipulation of parties that the decision of the Appellate Court in an action by *Dierssen v. Williamsburg City Fire Insurance Co., ante,* p. 240, which was affirmed, should govern.

SCHUYLER & WEINFELD, for appellant.

BEACH & BEACH and LAURENCE JACOBS, for appellees.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.